UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| ACCOLADE USA INC., | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : Court No. 16-00264 |
|  | : |
| UNITED STATES, | : |
|  | : |
| Defendant. | : |

## STIPULATION OF DIMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action with prejudice.

Dated: September 5, 2025

By:  /s/ Robert D. DeCamp  
     Robert D. DeCamp  
     Sandler, Travis & Rosenberg, P.A.  
     286 Madison Avenue  
     Suite 502  
     New York, New York 10017  
     Tel: (212) 549-0141  
     *Attorney for Plaintiff*

BRETT A. SHUMATE  
Assistant Attorney General

PATRICIA M. McCARTHY  
Director

/s/ Justin R. Miller  
JUSTIN R. MILLER  
Attorney-In-Charge  
International Trade Field Office

/s/ Luke Mathers  
LUKE MATHERS  
Trial Attorney  
Department of Justice, Civil Division  
Commercial Litigation Branch  
26 Federal Plaza – Suite 346  
New York, New York 10278  
Tel. (212) 264-9236  
*Attorneys for Defendant*

Stipulation of Dismissal (cont'd)
*Accolade USA Inc. v. United States*, Court No. 16-00264

## Order of Dismissal

      This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed with prejudice.

Dated: _____                                    Clerk, U.S. Court of International Trade


                                                                           By: _____
                                                                                  Deputy Clerk